UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:14-cr-00009-JMS-DML |
| | ) |
| GEORGE MARTIN (01), | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise LaRue's Report and Recommendation [dkt. 22] that George Martin's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge LaRue's Report and Recommendation [dkt. 22]. The Court finds that Mr. Martin committed Violation Numbers 1 and 2, as alleged by the U. S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt. 12]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and George Martin is sentenced to the custody of the Attorney General or his designee for a period of 6 months imprisonment with 18 months of supervised release to follow under the same terms and conditions as originally ordered in the judgment of November 24, 2008 [dkt. 6-3]. The Court further recommends placement at the satellite camp at FCI Terre Haute with participation in a mental health treatment program. The defendant shall surrender to the United States Marshal Service before noon on July 7, 2016.

So ORDERED.

Date: July 5, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal