UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>                           Plaintiff,      )<br>                                                           )<br>            v.                                         )       No. 1:14-cr-00009-JMS-DML<br>                                                           )<br>GEORGE MARTIN (01),                 )<br>                                                           )<br>                           Defendant.   ) | |

<u>AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Having reviewed Magistrate Judge Denise LaRue's Report and Recommendation [dkt. 22] that George Martin's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge LaRue's Report and Recommendation [dkt. 22]. The Court finds that Mr. Martin committed Violation Numbers 1 and 2, as alleged by the U. S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt. 12]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and George Martin is sentenced to the custody of the Attorney General or his designee for a period of 6 months imprisonment with 18 months of supervised release to follow under the terms and conditions that were reviewed with Mr. Martin at the revocation hearing on June 2, 2016, which are attached as Exhibit 1. The Court further recommends placement at the satellite camp at FCI Terre Haute with participation in a mental health treatment program. The defendant shall surrender to the United States Marshal Service before noon on July 7, 2016.

So ORDERED.

Date: <u>July 6, 2016</u>

                                                                          _____
                                                                          Hon. Jane Magnus-Stinson, Judge
                                                                          United States District Court
                                                                          Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal